**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01154-RM-KMT

JACKALOPE OIL AND GAS, LLC, an Arizona limited liability company,

    Plaintiff,

v.

VANGUARD PERMIAN, LLC, a Delaware limited liability company, and
VANGUARD NATURAL RESOURCES, LLC, a Delaware limited liability company,

    Defendants.

_____

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE (ECF No. 34)**
_____

    This matter comes before the Court a Stipulation of Dismissal with Prejudice between Plaintiff Jackalope Oil and Gas, LLC and Defendants Vanguard Permian, LLC and Vanguard Natural Resources, LLC.  The Court having reviewed the Stipulation, the contents of the file, and being otherwise fully advised in the premises, hereby ORDERS as follows:

    The Parties' Stipulated of Dismissal With Prejudice is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his/her or its own attorney's fees and costs.

    Dated this 27th day of August, 2014.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge